1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK J. WALLACE,

Defendant.

Case No. 20-MJ-0939

ORDER OF DETENTION AFTER
HEARING (Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of
Probation/Supervised Release
Conditions)

18
19
20

On arrest warrant issued by a United States District Court involving alleged
violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will
reasonably assure:

21
22
23
24

☒      the appearance of defendant as required; and/or

☐      the safety of any person or the community.

25
26
27
28

//

//

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that she does not pose such a risk.  The risk of nonappearance is based on: Defendant absconding from the Jericho Project Program.

☐ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 03/02/2020

_Rozella A. Oliver_

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE